Frederic Weinberg, Esq.
375 E. Elm Street, Suite 210
Conshohocken, PA 19428


LVNV Funding
15 S. Main Street, Suite 700
Greenville, SC  29601