```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-02464-HWV
Robert C. Aungst                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: TWilson          Page 1 of 2          Date Rcvd: Jul 15, 2019
                             Form ID: ntcnfhrg      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.
```
db          +Robert C. Aungst,    512 Church Street,    Lebanon, PA 17046-3624
5207984     +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
              Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
5207987     +Ditech Financial, LLC,     P.O. Box 15009,    Tempe, AZ 85284-0109
5211814     +Frederic Weinberg, Esq.,    375 E. Elm Street, Suite 210,    Conshohocken, PA 19428-1973
5211812     +Frederic Weinberg, Esquire,    375 E. Elm Street, Suite 210,    Conshohocken, PA 19428-1973
5207993     +KML Law Group, P.C.,    Mellon Independence Center,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
5207992     +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
5207997     +Midland Funding, LLC,    320 East Big Beaver,    Troy, MI 48083-1271
5208000     +The Redevelopment Authority of,    the County of Lebanon,    39 N. 12th Street,
              Lebanon, PA 17046-4931
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5207983      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 15 2019 19:55:46     Comenity Bank,
              PO Box 182789,    Columbus, OH 43218-2789
5207985      E-mail/PDF: creditonebknotifications@resurgent.com Jul 15 2019 20:01:49     Credit One Bank,
              PO Box 98873,    Las Vegas, NV 89193-8873
5207986     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 15 2019 19:55:44     Ditech Financial LLC,
              P.O. Box 6172,    Rapid City, SD 57709-6172
5207988     +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 15 2019 19:56:31     Harley Davidson Credit,
              3850 Arrowhead Drive,    Carson City, NV 89706-2016
5207989     +E-mail/Text: bankruptcy.notices@hdfsi.com Jul 15 2019 19:56:31     Harley Davidson Financial,
              222 W Adams, Suite 2000,    Chicago, IL 60606-5307
5207990      E-mail/Text: cio.bncmail@irs.gov Jul 15 2019 19:55:39     Internal Revenue Service,
              Insolvency Section - BK notice,    PO Box 7346,    Philadelphia, PA  19101-7346
5211813     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:01:57     LVNV Funding,
              15 S. Main Street, Suite 700,    Greenville, SC 29601-2793
5220429      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:03:01     LVNV Funding LLC,
              PO Box 10587,    Greenville, SC 29603-0587
5207994     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:02:00     LVNV Funding LLC,
              c/o Resurgent Capital Services,    P.O. Box 1269,    Greenville, SC 29602-1269
5207995     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:01:59     LVNV Funding LLC,
              625 Pilot Road, Suite 2/3,    Las Vegas, NV 89119-4485
5214729      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:02:33     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5207996     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 15 2019 19:56:03     Midland Funding LLC,
              2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
5207998     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2019 19:55:55     PA Department of Revenue,
              Bankruptcy Section,    PO Box 280946,    Harrisburg, PA 17128-0946
5207999      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2019 19:55:55
              Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
              Harrisburg, PA  17128-0946
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5207991*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 21126,    Philadelphia, PA  19114)
5211815*    +LVNV Funding,    15 S. Main Street, Suite 700,    Greenville, SC 29601-2793
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Robert C. Aungst tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                           TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert C. Aungst,
aka Robert C. Aungst Sr.,

**Debtor 1**

Chapter 13

Case No. 1:19-bk-02464-HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 21, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 28, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737<br>(717) 901-2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 15, 2019 |

ntcnfhrg (03/18)