```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                       Case No. 19-02464-HWV
Robert C. Aungst                                             Chapter 13
         Debtor               CERTIFICATE OF NOTICE
```

District/off: 0314-1     User: CGambini      Page 1 of 1        Date Rcvd: Sep 05, 2019
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
     LVNV Funding LLC,   c/o Resurgent Capital Services,   Attn Officer Auth to Accept Processing,
   PO Box 10597,   Greenville, SC 29603-0587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
     Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
     James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
     Tracy Lynn Updike    on behalf of Debtor 1 Robert C. Aungst tupdike@ssbc-law.com,
    ssollenberger@ssbc-law.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROBERT C. AUNGST | : | CASE NO. 1-19-02464-HWV |
| a/k/a ROBERT C. AUNGST, SR., | : | |
| | : | |
| Debtor | : | |
| | : | |
| ROBERT C. AUNGST | : | CLAIM NO. 2-1 |
| a/k/a ROBERT C. AUNGST, SR, | : | |
| | : | |
| Objector | : | |
| | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC, | : | |
| | : | |
| Claimant | : | |

**ORDER**

Upon consideration of the Objection of Robert C. Aungst, the above-named Debtor, to Claim No. 2-1 of LVNV FUNDING, LLC, it is

**HEREBY ORDERED** that such claim is disallowed in its entirety.

Dated: September 5, 2019        By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)