LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Robert C. Aungst aka Robert C. Aungst, Sr. : CHAPTER 13
:
: CASE NO. 1 - 19 -bk- 02464-HWV
:
:
Debtor(s) :

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ 4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 190.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 3,810.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 103.10 |
|    Lien/judgment search; amended matrix; service of plans (see attached cost breakdown) | |

| | |
|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ 0.00 |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 3,913.10 |

Dated: 11/27/19

_____
Attorney for Debtor

| Date | Description | Cost |
|---|---|---|
| 6/6/19 | Judgment/lien search by Action Title Research | $45.00 |
| 6/17/19 | File Amended Matrix | $31.00 |
| 6/17/19 | Serve Plan on LVNV (lien avoidance) | Copies: 2 x 1 = 2 x $.15 = $.30<br>Certified mail: $6.80<br>**Total: $7.10** |
| 8/27/19 | Serve 1A Plan & Notice on Matrix | Copies: 2 pgs x 25 = 50 x $.15 = $7.50<br>Postage: 25 x $.50 = $12.50<br>**Total: $20.00** |