# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert C. Aungst aka Robert C. Aungst, Sr.<br>　　　　　Debtor(s)<br><br>New Residential Mortgage LLC<br>　　　　　Movant<br>　　vs.<br><br>Robert C. Aungst aka Robert C. Aungst, Sr.<br>　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 19-02464 HWV<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of New Residential Mortgage LLC, which was filed with the Court on or about **May 6, 2020, docket entry #42** .

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　Attorney I.D. No.42524
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　(215) 627-1322
　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

May 22, 2020