United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02464-HWV
Robert C. Aungst  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 28, 2023     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

**Recip ID**     **Recipient Name and Address**
    Tracy Lynn Updike, Mette, Evans & Woodside, 3401 North Front Street, PO Box 5950, Harrisburg, PA 17110-0950

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Charles G. Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Dawn Marie Cutaia
    on behalf of Debtor 1 Robert C. Aungst dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt

|  |  |
|---|---|
|  | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| James Warmbrodt |  |
|  | on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com |
| James Warmbrodt |  |
|  | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Joshua I Goldman |  |
|  | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| United States Trustee |  |
|  | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROBERT C. AUNGST | : | CASE NO. 1-19-02464-HWV |
| | : | |
| Debtor | : | |

**ORDER**

The Interim Application of Mette, Evans & Woodside for allowance of compensation and expenses out of the estate of the Debtor this day coming to be heard, pursuant to notice and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having heard and considered the evidence presented, it is

**HEREBY ORDERED** that the Interim Application of Mette, Evans & Woodside as attorneys for the Debtor for allowance of $5,779.50 for services and expenses for the period December 20, 2019 to August 17, 2023 is allowed, the amounts claimed being considered fair and reasonable. Mette, Evans & Woodside shall be paid the balance of their Application, or $1,866.40 after reduction of $3,913.10 currently held in trust, through the Chapter 13 Plan.

**FURTHER ORDERED** that should this Interim Application cause the Debtor's Chapter 13 Plan to be underfunded, Mette, Evans & Woodside has agreed to waive any fees requested in this Interim Application which would be in excess of the funds held by the Chapter 13 Trustee as part of Debtor's base plan, and therefore the Chapter 13 Trustee should distribute funds as available up to the allowed $1,866.40.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 28, 2023