Certificate Number: 17082-PAM-DE-038441918

Bankruptcy Case Number: 19-02464


17082-PAM-DE-038441918

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 2, 2024, at 11:06 o'clock AM MST, ROBERT C AUNGST Sr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | |
|---|---|
| Date: May 3, 2024 | By: /s/Orsolya K Lazar |
| | Name: Orsolya K Lazar |
| | Title: Executive Director |