# UNITED STATES BANKRUPTCY COURT

MIDDLE    District Of  PENNSYLVANIA

In re    Robert C. Aungst    Case No.  1:19-bk-02464-HWV
_____Debtor_____

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____

_____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*    Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

   I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

_Robert C Aungst_
Robert Aungst (May 28, 2024 13:14 EDT)

Executed on _____          _____
            Date                              Debtor

# Aungst discharge cert

Final Audit Report                                               2024-05-28

| | |
|---|---|
| Created: | 2024-05-28 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFSBMlsi-IVZTTyYZqigCZNljSezJ2tnc |

## "Aungst discharge cert" History

Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
2024-05-28 - 1:53:59 PM GMT

Document emailed to Robert Aungst (rcabondo@yahoo.com) for signature
2024-05-28 - 1:54:03 PM GMT

Email viewed by Robert Aungst (rcabondo@yahoo.com)
2024-05-28 - 5:13:26 PM GMT

Document e-signed by Robert Aungst (rcabondo@yahoo.com)
Signature Date: 2024-05-28 - 5:14:52 PM GMT - Time Source: server

Agreement completed.
2024-05-28 - 5:14:52 PM GMT

**Adobe Acrobat Sign**