# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Robert C Aungst

Case No.:1-19-02464 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | New Residential |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 2032 |
| Property Address if applicable: | 512 Church St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $10,210.74 |
| b. | Prepetition arrearages paid by the trustee: | $10,210.74 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $10,210.74 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 30, 2024

                                                Respectfully submitted,

                                                <u>/s/ Jack N. Zaharopoulos</u>
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Robert C Aungst

Case No.:1-19-02464 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 30, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404

**Served by First Class Mail**
New Residential Mtg LLC
PO Box 180826
Greenville SC 29603-0826

Robert C Aungst
512 Church Str
Lebanon  PA 17046

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 30, 2024

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-02464    **ROBERT C. AUNGST**

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC   29603-

Acct No: 2032

ARREARS - 512 CHURCH STREET - PAID DIRECT OUTSIDE PER 4TH AP

Sequence: 24
Modify:
Filed Date:
Hold Code: D

|  | Amt Sched: | $0.00 | Debt: | $13,248.52 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
|  | Amt Due: | $0.00 | Paid: | $5,318.42 | Accrued Int: | $0.00 |
|  |  |  |  |  | Balance Due: | $7,930.10 |

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | C | 04/04/2023 | 0 | ($250.94) | $0.00 | ($250.94) | |
| | | | | | | Cred Rfd Chk #: 4156568 | | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/15/2023 | 2023025 | $250.94 | $0.00 | $250.94 | 03/22/2023 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/15/2023 | 2022014 | $773.76 | $0.00 | $773.76 | 02/23/2023 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/16/2022 | 2009807 | $304.66 | $0.00 | $304.66 | 02/28/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2022 | 2008830 | $304.67 | $0.00 | $304.67 | 01/27/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/15/2021 | 2007819 | $304.65 | $0.00 | $304.65 | 12/29/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2021 | 2006796 | $304.67 | $0.00 | $304.67 | 11/23/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/14/2021 | 2005764 | $618.33 | $0.00 | $618.33 | 10/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/18/2021 | 2003715 | $313.67 | $0.00 | $313.67 | 08/25/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/14/2021 | 2002648 | $627.33 | $0.00 | $627.33 | 07/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/16/2021 | 2001668 | $313.68 | $0.00 | $313.68 | 06/22/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/18/2021 | 2000658 | $313.66 | $0.00 | $313.66 | 05/27/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/15/2021 | 1229283 | $303.66 | $0.00 | $303.66 | 04/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/17/2021 | 1228267 | $808.21 | $0.00 | $808.21 | 03/24/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2021 | 1226232 | $27.47 | $0.00 | $27.47 | 01/29/2021 |
| | | | | Sub-totals: | $5,318.42 | $0.00 | $5,318.42 | |
| | | | | Grand Total: | $5,318.42 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-02464  **ROBERT C. AUNGST**

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:** D

**Acct No:** FORBEARANCE ARREARS  203

POST ARREARS - 512 CHURCH STREET  3RD AP AMENDED 11/22 - PAID DIRECT OUTSIDE OF PLAN PER 4TH AP

| | | | | | Debt: | $12,187.06 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Amt Sched: | | $0.00 | | | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | | | | Paid: | $4,892.32 | Balance Due: | $7,294.74 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **5210** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | C | 04/04/2023 | 0 | ($230.83) | $0.00 | ($230.83) | |
| | | | | | | Cred Rfd Chk #: 4156568 | | |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/15/2023 | 2023025 | $230.83 | $0.00 | $230.83 | 03/22/2023 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/15/2023 | 2022014 | $1,555.08 | $0.00 | $1,555.08 | 02/23/2023 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/18/2023 | 2021019 | $154.38 | $0.00 | $154.38 | 01/25/2023 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/13/2022 | 2020018 | $279.00 | $0.00 | $279.00 | 12/20/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2022 | 2019069 | $154.38 | $0.00 | $154.38 | 12/08/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/18/2022 | 2018027 | $248.31 | $0.00 | $248.31 | 10/26/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/13/2022 | 2016970 | $294.30 | $0.00 | $294.30 | 09/21/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/17/2022 | 2015949 | $555.25 | $0.00 | $555.25 | 08/24/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/13/2022 | 2014885 | $365.20 | $0.00 | $365.20 | 07/20/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/14/2022 | 2013920 | $516.76 | $0.00 | $516.76 | 06/22/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/17/2022 | 2012886 | $410.85 | $0.00 | $410.85 | 05/25/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/16/2022 | 2010791 | $358.81 | $0.00 | $358.81 | 03/23/2022 |
| | | | | **Sub-totals:** | $4,892.32 | $0.00 | $4,892.32 | |
| | | | | **Grand Total:** | $4,892.32 | $0.00 | | |