United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Robert C. Aungst  
    Debtor

Case No. 19-02464-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 29, 2024      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert C. Aungst, 512 Church Street, Lebanon, PA 17046-3624 |
| 5231220 | + | City of Lebanon, 400 South Eighth Street, Lebanon, PA 17042-6794 |
| 5207984 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5207986 | | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 5235271 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 5207987 | | Ditech Financial, LLC, P.O. Box 15009, Tempe, AZ 85284 |
| 5211814 | + | Frederic Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5211812 | + | Frederic Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5207983 | | EDI: WFNNB.COM | May 29 2024 22:35:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5207985 | | Email/PDF: creditonebknotifications@resurgent.com | May 29 2024 18:43:51 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5207988 | + | Email/Text: bankruptcy.notices@hdfsi.com | May 29 2024 18:38:00 | Harley Davidson Credit, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 5207989 | + | Email/Text: bankruptcy.notices@hdfsi.com | May 29 2024 18:38:00 | Harley Davidson Financial, 222 W Adams, Suite 2000, Chicago, IL 60606-5307 |
| 5227730 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 29 2024 18:38:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5207990 | | EDI: IRS.COM | May 29 2024 22:35:00 | Internal Revenue Service, Insolvency Section - BK notice, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5207993 | ^ | MEBN | May 29 2024 18:34:46 | KML Law Group, P.C., Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5207992 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 18:38:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5211813 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:40 | LVNV Funding, 15 S. Main Street, Suite 700, Greenville, SC 29601-2793 |
| 5207994 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:51 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5220429 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5207995 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:52 | LVNV Funding LLC, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 5214729 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5264442 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 18:38:00 | Lebanon City, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5264142 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 18:38:00 | Lebanon School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5207996 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 18:38:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5230974 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 18:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5207997 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 18:38:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5291178 | | Email/Text: mtgbk@shellpointmtg.com | May 29 2024 18:38:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5291177 | | Email/Text: mtgbk@shellpointmtg.com | May 29 2024 18:38:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5207998 | + | EDI: PENNDEPTREV | May 29 2024 22:35:00 | PA Department of Revenue, Bankruptcy Section, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5207998 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 18:38:00 | PA Department of Revenue, Bankruptcy Section, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5207999 | | EDI: PENNDEPTREV | May 29 2024 22:35:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5207999 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 18:38:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5236437 | | EDI: PENNDEPTREV | May 29 2024 22:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5236437 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5207991 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5211815 | *+ | LVNV Funding, 15 S. Main Street, Suite 700, Greenville, SC 29601-2793 |
| 5208000 | ##+ | The Redevelopment Authority of, the County of Lebanon, 39 N. 12th Street, Lebanon, PA 17046-4931 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

**Name**  **Email Address**

Charles G. Wohlrab
 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Dawn Marie Cutaia
 on behalf of Debtor 1 Robert C. Aungst dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Jack N Zaharopoulos
 TWecf@pamd13trustee.com

James Warmbrodt
 on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

James Warmbrodt
 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

James Warmbrodt
 on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com

Joshua I Goldman
 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Michael Patrick Farrington
 on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mfarrington@kmllawgroup.com

Michael Patrick Farrington
 on behalf of Creditor New Residential Mortgage LLC mfarrington@kmllawgroup.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert C. Aungst<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8494<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–02464–HWV | |

## Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Robert C. Aungst
    aka Robert C. Aungst Sr.

5/29/24

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W	**Chapter 13 Discharge**	page 2